IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRUCE GERY,

      Petitioner,

v.

STATE OF FLORIDA, JULIE L.
JONES, SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS AND TINA
PATE, FLORIDA PAROLE
COMMISSION, ET AL.,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1793

Opinion filed February 17, 2015.

Petition for Writ of Certiorari.

Bruce Grey, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jennifer Parker, General
Counsel and Barbara Debelius, Assistant General Counsel, Department of
Corrections, Tallahassee, for Respondent.


PER CURIAM.

      DENIED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.